UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,        ) 2:15-MJ-00207-AC-1
                                 ) 2:15-CR-00218-AC
          Plaintiff,             )
                                 ) [Proposed] ORDER TO CONTINUE
     v.                          ) JURY TRIAL
                                 )
WILLIAM LOUIS FILTER,            ) DATE:  March 7, 2016
                                 ) TIME:  9:00 a.m.
          Defendant.             ) JUDGE: Hon. Allison Claire
                                 )
                                 )
                                 )
                                 )
```

ORDER

It is hereby ordered that the jury trial presently set for March 28, 2016 at 9:00 a.m. be continued to May 2, 2016 at 9:00 a.m.

DATED: February 11, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE