UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:15-MJ-00207-AC-1 |
| | ) 2:15-CR-00218-AC |
| Plaintiff, | ) |
| | ) [~~Proposed~~] ORDER TO SET CHANGE |
| v. | ) OF PLEA AND SENTENCING |
| | ) |
| WILLIAM LOUIS FILTER, | ) DATE:  April 14, 2016 |
| | ) TIME:  2:00 p.m. |
| Defendant. | ) JUDGE: Hon. Allison Claire |
| | ) |

ORDER

It is hereby ordered that the case be set for a change of plea and sentencing on April 14, 2016 at 2:00 p.m.

DATED: April 12, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE