UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-mj-00207 AC |
| Plaintiff, | No. 2:15-cr-00218 AC |
| v. | <u>ORDER</u> |
| WILLIAM LOUIS FILTER, | |
| Defendant. | |

Defendant William Louis Filter was convicted by a jury of two misdemeanor counts on May 3, 2016. Judgment and sentence were pronounced on June 17, 2016. Defendant filed a notice of appeal on June 30, 2016. On July 25, 2016, represented by new counsel, defendant moved for leave to file an out-of-time Rule 33 motion for a new trial. ECF No. 68. On the date set for hearing on the matter, September 12, 2016, defendant's counsel reported that she had not heard from Mr. Filter since late July and that he had not paid his legal bills. Counsel had advised the defendant in writing of the September 12 hearing, and explained that she intended to seek leave to withdraw if he failed to pay his bill by that date. In light of the status of counsel issue, the court continued argument on the motion for extended time to seek a new trial pursuant to Rule 33 (ECF No. 68).

At the court's direction, counsel has now filed a formal motion to withdraw. ECF No. 76. Local Rule 182(d) requires leave of court upon noticed motion before an attorney may withdraw

1

leaving a client in pro per. Counsel's motion is set for hearing on September 26, 2016 at 9:00 a.m. Hearing on the motion to file an out-of-time Rule 33 motion for new trial has been continued to the same date. **Mr. Filter must personally appear at the September 26 hearing, whether or not he opposes counsel's request to withdraw.** He may, but is not required to, file a written response to counsel's motion to withdraw prior to the hearing date.

Should Mr. Filter fail to appear, his non-appearance will be construed as non-opposition to the granting of the motion to withdraw and the motion will be granted. In that case, Mr. Filter will be solely responsible for pursuing Rule 33 relief and/or appeal in pro per (unless and until he secures new counsel). Accordingly, should Mr. Filter fail to appear on September 26, 2016, his non-appearance will further be construed as an abandonment of the request for additional time to prepare and file a motion under Rule 33 (ECF No. 68). If Mr. Filter seeks additional time to secure new counsel, he may make such a request before or at the September 26 hearing.

Accordingly, IT IS HEREBY ORDERED as followed:

1. Defendant William Louis Filter shall personally appear on September 26, 2016 at 9:00 a.m., in Courtroom 26, for hearing on the pending motions (ECF Nos. 68 and 76);
2. Should Mr. Filter fail to appear, his non-appearance will be construed as (1) non-opposition to counsel's motion to withdraw (ECF No. 76), which will be granted; and (2) abandonment of the motion for extension of time to prepare and file a motion under Rule 33 (ECF No. 68), which will be stricken;
3. The Clerk shall serve this Order on William Louis Filter at the following address:

    2266 Encinal Road
    Live Oak, CA 95953

IT IS SO ORDERED.

DATED: September 13, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE